FILED
07 OCT 31 PM 4:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>EDUARDO BARAJAS, et al.,<br>   aka Eddie-Boy,<br><br>          Defendants. | Criminal Case No. 07CR2985-WQH<br><br>NOTICE OF RELATED CASE<br><br>~~SECRET~~<br>UNSEALED AS OF 11/6/07 |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Salvador Chavez-Chavez, et al.</u>, Criminal Case No. 07CR1407-WQH, and <u>United States of America v. Andres Chavez-Chavez, et al.</u>, Criminal Case No. 07CR1408-WQH.

DATED: October 31, 2007.

                        KAREN P. HEWITT
                        United States Attorney

                        TIMOTHY F. SALEL
                        Assistant U.S. Attorney