AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Alejandro Velarde (3),
aka Lil' Al

**WARRANT FOR ARREST**

CASE NUMBER: 07cr2985 WQH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Alejandro Velarde (3), aka Lil' Al _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine

In violation of Title _____ See Above _____ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Jocson | 11/01/07   San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ No-Bail _____ by _____ The Honorable Louisa S. Porter _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEA- OCDETF 'SWO-CAS #430- OPERATION MY THREE BROTHERS"
AUSA Peter Ko x 6618