1  LYNN H. BALL, ESQ.
   Bar No. 056497
2  1560 Scott Street
   San Diego, CA 92106-2333
3  (619) 225-1914
   (619) 225-1720 - Fax
4
   Attorney for Defendant Alejandro Velarde
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    Case No. 07-CR-02985-WQH
                                )
12              Plaintiff,      )
                                )    **SUBSTITUTION OF ATTORNEY**
13 vs.                          )    **AND ORDER THEREON**
                                )
14 ALEJANDRO VELARDE (3),       )
                                )
15              Defendant.      )
16 _____)

17     I, Alejandro Velarde, do hereby substitute Lynn H. Ball, 1560

18 Scott Street, San Diego, CA 92106-2333; telephone: 619-225-1914;

19 fax: 619-225-1720, to be my attorney in place of Charles H. Adair.

20
   Date: November    , 2007     _____
21                              Alejandro Velarde

22     I accept the substitution and agree to representation.

23                              *s/Lynn H. Ball*
   Date: November 13, 2007      _____
24                              Lynn H. Ball, Attorney at Law

25
       I acknowledge and consent to this substitution.
26
                                *s/Charles H. Adair*
27 Date: November 14, 2007      _____
                                Charles H. Adair, Attorney at Law
28