1  LYNN H. BALL, ESQ.
Bar No. 031617
2  1560 Scott Street
San Diego, CA 92106-2333
3  (619) 225-1914
(619) 225-1720 - Fax
4
Attorney for Defendant Alejandro Velarde
5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )        Case No. 07-CR-02985-WQH
                                       )
12              Plaintiff,             )
                                       )        SUBSTITUTION OF ATTORNEY
13  vs.                                )        AND ORDER THEREON
                                       )
14  ALEJANDRO VELARDE (3),             )
                                       )
15              Defendant.             )
                                       )
16  _____)

17      I, Alejandro Velarde, do hereby substitute Lynn H. Ball, 1560

18  Scot Street, San Diego, CA 92106-2333; telephone: 619-225-1914;

19  fax: 619-225-1720, to be my attorney in place of Charles H. Adair.

20
Date: November 13  2007
21                                      Alejandro Velarde

22      I accept the substitution and agree to representation.

23

24  Date: November 13, 2007
                                        Lynn H. Ball, Attorney at Law
25

26      I acknowledge and consent to this substitution.

27  Date: November 14, 2007
                                        Charles H. Adair, Attorney at Law
28