**PROOF OF SERVICE**
C.C.P. §1013(A), C.R.C. 2003(3), 2005(i)

UNITED STATES OF AMERICA, STATE OF CALIFORNIA, COUNTY OF SAN DIEGO
*USA V. ALEJANDRO VELARDE*
*UNITED STATES DISTRICT COURT*
*CASE NO.  07-CR-02985-WQH*

   I, the undersigned, certify and declare that I am a citizen of the United States, over the age of eighteen years, employed in the County of San Diego, State of California, and not a party to this within action. My business address is 1560 Scott Street, San Diego, CA 92106.

   On November 16, 2007, I served the foregoing documents described as **SUBSTITUTION OF ATTORNEY** on all interested parties in this action by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   Charlie H. Adair, Esq.
   533 F Street, Suite 212
   San Diego, CA 92101
   619-233-3161; 619-233-3127 - fax
   adair.c@sbcglobal.net

   U S Attorneys Office Southern District of California
   880 Front Street, Room 6293
   San Diego, CA 92101
   (619)557-5610; 619)557-5917 (fax)
   Efile.dkt.gc2@usdoj.gov

____  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  x  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.
   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
   None
the last known address, at which place there is delivery service of mail from the United States Postal Service.
   **EXECUTED** on November 16, 2007, at San Diego, California.
   I declare under penalty of perjury that the foregoing is true and correct.

                                             _____
                                             Audrey Tomaselli