LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Alejandro Velarde

FILED

07 NOV 21 PM 4:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO VELARDE (3),<br><br>Defendant. | Case No. 07-CR-02985-WQH<br><br>**ORDER AUTHORIZING<br>SUBSTITUTION OF ATTORNEY** |

**UPON CONSENT OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED** that Lynn H. Ball be substituted in place of Charles H. Adair.

DATE: 11/20/07

HON. WILLIAM Q. HAYES
U.S. DISTRICT COURT JUDGE