KAREN P. HEWITT
United States Attorney
MICHAEL J. CROWLEY
TIMOTHY F. SALEL
Assistant U.S. Attorneys
California State Bar Nos. 168753 / 163597
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone Nos.: (619) 557-5733 / 6074
Facsimile No.:   (619) 557-3445
E-mails: michael.crowley2@usdoj.gov / timothy.salel@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2985-WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| EDUARDO BARAJAS (1), | ) | |
| aka Eddie-Boy, | ) | |
| VICTOR RAMOS (2), | ) | |
| aka V, | ) | |
| ALEJANDRO VELARDE (3), | ) | |
| aka Lil' Al, | ) | |
| THOMAS ALEJANDRO MANZANO (6), | ) | |
| aka Tommy-Boy, | ) | |
| DERIC WILLIAMS (7), | ) | |
| aka Pelon, | ) | |
| JULIO CESAR JIMENEZ (8), | ) | |
| aka Foo-Foo, | ) | |
| ERNESTO ROMAN LOPEZ (9), | ) | |
| aka Ernie, | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

We, Michael J. Crowley and Timothy F. Salel, the undersigned Assistant U.S. Attorneys,

hereby enter our appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Michael J. Crowley | 168753 | (619) 557-5733 | michael.crowley2@usdoj.gov |
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

Case 3:07-cr-02985-WQH     Document 63     Filed 12/03/2007     Page 2 of 4

1  We, Michael J. Crowley and Timothy F. Salel, hereby certify that we are both admitted to
2  practice in this court or authorized to practice under CivLR 83.3.c.3-4.
3  Effective this date, the following Government attorney is no longer associated with this case
4  and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: December 3, 2007     */S/ MICHAEL J. CROWLEY*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

DATED: December 3, 2007     */S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant United States Attorney

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2985-WQH |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| EDUARDO BARAJAS (1), <br>     aka Eddie-Boy, <br> VICTOR RAMOS (2), <br>     aka V, <br> ALEJANDRO VELARDE (3), <br>     aka Lil' Al, <br> THOMAS ALEJANDRO MANZANO (6), <br>     aka Tommy-Boy, <br> DERIC WILLIAMS (7), <br>     aka Pelon, <br> JULIO CESAR JIMENEZ (8), <br>     aka Foo-Foo, <br> ERNESTO ROMAN LOPEZ (9), <br>     aka Ernie, | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED that:

We, Michael J. Crowley and Timothy F. Salel, are citizens of the United States over the age of 18 years and a resident of San Diego County, CA; our business address is 880 Front Street, San Diego, CA 92101-8893; We are not a party to the above-entitled action.

We have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

    (1)    STEPHEN P. WHITE – Attorney for Eduardo Barajas (1)
              E-Mail: spw1@sbcglobal.net

    (2)    MARK F. ADAMS – Attorney for Victor Ramos (2)
              E-Mail: markadamsesq@yahoo.com

    (3)    LYNN H. BALL – Attorney for Alejandro Velarde (3)
              E-Mail: lhball@sbcglobal.net

    (4)    NANCY B. ROSENFELD – Attorney for Thomas A. Manzano (6)
              E-Mail: nrosenfeld@aol.com

1  (5) ANTHONY E. COLOMBO, JR. – Attorney for Deric Williams (7)
     E-Mail: anthonycolombolegal@yahoo.com

2  (6) CHARLES N. GUTHRIE – Attorney for Julio Cesar Jimenez (8)
     E-Mail: charlesnguthrie@aol.com

3  (7) HOWARD B. FRANK – Attorney for Ernesto Roman Lopez (9)
     E-Mail: hbfandjm@aol.com

We declare under penalty of perjury that the foregoing is true and correct.

DATED: December 3, 2007         */S/ MICHAEL J. CROWLEY*
                                MICHAEL J. CROWLEY
                                Assistant U.S. Attorney

DATED: December 3, 2007         */S/ TIMOTHY F. SALEL*
                                TIMOTHY F. SALEL
                                Assistant U.S. Attorney

07CR2985-WQH