| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | MICHAEL J. CROWLEY<br>TIMOTHY F. SALEL |
| 3 | Assistant U.S. Attorneys<br>California State Bar Nos. 168753 / 163597 |
| 4 | United States Attorney's Office<br>880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893<br>Telephone Nos.: (619) 557-5733 / 6074 |
| 6 | Facsimile No.:   (619) 557-3445<br>E-mails: michael.crowley2@usdoj.gov / timothy.salel@usdoj.gov |
| 7 | |
| 8 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2985-WQH |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| EDUARDO BARAJAS (1),<br>    aka Eddie-Boy,<br>VICTOR RAMOS (2),<br>    aka V,<br>ALEJANDRO VELARDE (3),<br>    aka Lil' Al,<br>THOMAS ALEJANDRO MANZANO (6),<br>    aka Tommy-Boy,<br>DERIC WILLIAMS (7),<br>    aka Pelon,<br>JULIO CESAR JIMENEZ (8),<br>    aka Foo-Foo,<br>ERNESTO ROMAN LOPEZ (9),<br>    aka Ernie, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

We, Michael J. Crowley and Timothy F. Salel, the undersigned Assistant U.S. Attorneys, hereby enter our appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Michael J. Crowley | 168753 | (619) 557-5733 | michael.crowley2@usdoj.gov |
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

1     We, Michael J. Crowley and Timothy F. Salel, hereby certify that we are both admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    Effective this date, the following Government attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

                                Respectfully submitted,

                                KAREN P. HEWITT
                                United States Attorney

DATED: December 3, 2007            */S/ MICHAEL J. CROWLEY*
                                                  MICHAEL J. CROWLEY
                                                  Assistant U.S. Attorney

DATED: December 3, 2007            */S/ TIMOTHY F. SALEL*
                                                  TIMOTHY F. SALEL
                                                  Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Criminal Case No. 07CR2985-WQH |
| Plaintiff,  ) | |
| v.  ) | NOTICE OF APPEARANCE |
| EDUARDO BARAJAS (1),  )<br>   aka Eddie-Boy,  )<br>VICTOR RAMOS (2),  )<br>   aka V,  )<br>ALEJANDRO VELARDE (3),  )<br>   aka Lil' Al,  )<br>THOMAS ALEJANDRO MANZANO (6),  )<br>   aka Tommy-Boy,  )<br>DERIC WILLIAMS (7),  )<br>   aka Pelon,  )<br>JULIO CESAR JIMENEZ (8),  )<br>   aka Foo-Foo,  )<br>ERNESTO ROMAN LOPEZ (9),  )<br>   aka Ernie,  )<br>Defendants.  ) | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED that:

We, Michael J. Crowley and Timothy F. Salel, are citizens of the United States over the age of 18 years and a resident of San Diego County, CA; our business address is 880 Front Street, San Diego, CA 92101-8893; We are not a party to the above-entitled action.

We have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1)    STEPHEN P. WHITE – Attorney for Eduardo Barajas (1)
E-Mail: spw1@sbcglobal.net

(2)    MARK F. ADAMS – Attorney for Victor Ramos (2)
E-Mail: markadamsesq@yahoo.com

(3)    LYNN H. BALL – Attorney for Alejandro Velarde (3)
E-Mail: lhball@sbcglobal.net

(4)    NANCY B. ROSENFELD – Attorney for Thomas A. Manzano (6)
E-Mail: nrosenfeld@aol.com

07CR2985-WQH

1     (5)    ANTHONY E. COLOMBO, JR. – Attorney for Deric Williams (7)
                E-Mail: anthonycolombolegal@yahoo.com

2     (6)    CHARLES N. GUTHRIE – Attorney for Julio Cesar Jimenez (8)
                E-Mail: charlesnguthrie@aol.com

3     (7)    HOWARD B. FRANK  – Attorney for Ernesto Roman Lopez (9)
                E-Mail: hbfandjm@aol.com

We declare under penalty of perjury that the foregoing is true and correct.

DATED: December 3, 2007                */S/ MICHAEL J. CROWLEY*
                                            MICHAEL J. CROWLEY
                                            Assistant U.S. Attorney

DATED: December 3, 2007                */S/ TIMOTHY F. SALEL*
                                            TIMOTHY F. SALEL
                                            Assistant U.S. Attorney