LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Alejandro Velarde

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ALEJANDRO VELARDE (3)<br><br>             Defendant. | Case No. 07-CR-02985-WQH<br><br>**NOTICE OF MOTION AND MOTION FOR DISCOVERY; MOTION FOR PERMISSION TO FILE ADDITIONAL MOTIONS**<br><br>Date: December 17, 2007<br>Time: 2:00 p.m.<br>Department: Judge Hayes |

TO: UNITED STATES ATTORNEY KAREN P. HEWITT AND HER ASSISTANT, MICHAEL J. CROWLEY

PLEASE TAKE NOTICE that on the 17th day of December, 2007, at 2:00 p.m., or as soon thereafter as it may be heard, Defendant Alejandro Velarde, through his attorney, will move this Court for discovery and for permission to file additional motions.

This Motion is based upon the attached Points and Authorities filed herewith.

Respectfully submitted,

*s/Lynn H. Ball*

Date: December 4, 2007
_____
Lynn H. Ball
Attorney for Defendant Alejandro Velarde
E-mail: lhball@sbcglobal.net