**PROOF OF SERVICE**
C.C.P. §1013(A), C.R.C. 2003(3), 2005(i)

UNITED STATES OF AMERICA, STATE OF CALIFORNIA, COUNTY OF SAN DIEGO
USA V. ALEJANDRO VELARDE
UNITED STATES DISTRICT COURT
CASE NO.  07-CR-02985-WQH

I, the undersigned, certify and declare that I am a citizen of the United States, over the age of eighteen years, employed in the County of San Diego, State of California, and not a party to this within action.  My business address is 1560 Scott Street, San Diego, CA 92106.

On December 4, 2007, I served the foregoing documents described as **NOTICE OF MOTION AND MOTION FOR DISCOVERY; PERMISSION TO FILE ADDITIONAL MOTIONS; POINTS AND AUTHORITIES IN SUPPORT** on all interested parties in this action by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

> Michael J. Crowley, AUSA
> U.S. Attorneys Office
> 880 Front Street, Room 6293
> San Diego, CA 92101
> (619)557-5733; (619)557-3445 (fax)
> Michael.Crowley2.@usdoj.gov
>
> Timothy F. Salal, AUSA
> U.S. Attorneys Office
> 880 Front Street, Room 6293
> San Diego, CA 92101
> (619) 557-6074; (619) 557-2757
> Timothy.Salal@usdoj.gov

__x__   **FEDERAL**:  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.
I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
    None
the last known address, at which place there is delivery service of mail from the United States Postal Service.

**EXECUTED** on December 4, 2007, at San Diego, California.
I declare under penalty of perjury that the foregoing is true and correct.

*Audrey Tomaselli*