# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER __07CR2985-WQH__ |
| vs | ) | ABSTRACT OF ORDER |
| Alejandro Velarde (3) | ) | Booking No. __05379295__ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1-8-08__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __100,000 PS & $60,000 CICS__ bond posted. (total bond amt: $160,000)

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

__X__ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __Dft to be released to PTS for transport by 10:00 am on 1/9/08. (PTS contact # 619-520-8452)__

**CATHY ANN BENCIVENGO**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by
__/s/__ Deputy Clerk

Received _____
DUSM

Crim-9  (Rev 6-95)  ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**