# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 24 PM 12:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

U. S. A. vs. VELARDE, ALEJANDRO    Docket No. 07CR2985WQH-003

**Petition for Modification of Conditions of Pretrial Release**

Comes now Anthony Ortiz Pretrial Services Officer presenting an official report upon the conduct of defendant VELARDE, ALEJANDRO who was placed under pretrial release supervision by the Honorable Cathy Ann Bencivengo sitting in the court at San Diego, on the third day of January, 2008, under the following conditions:

Restrict travel to Southern District of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; Participate in a Global Positioning System (GPS) satellite monitoring program with active monitoring as directed by the PSO; including, release of defendant to PSA custody; Defendant and sureties are responsible for GPS equipment loss or damage; residence restrictions; other conditions: reside with parents in Chula Vista, release to Pretrial Services for transport and no contact with any defendant except in court hearings meetings with counsel.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. On January 09, 2008, the defendant reported he had used marijuana in the past and last used marijuana the day prior to his arrest.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE AND ORDER HIM TO SUBMIT TO TESTING AND/OR TREATMENT FOR DRUG OR ALCOHOL ABUSE AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER.**

ORDER OF COURT

Considered and ordered this 23 day of January, 2008, and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge William Q. Hayes

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/17/08

Respectfully,

_____
Anthony W. Ortiz, U.S. Pretrial Services Officer
(619) 557-6323

Place   San Diego, California

Date   January 17, 2008